LODGED

2000 AUG 18 PH 3: 57

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

_____ Priority
__X__ Send
_____ Clsd
__X__ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

```
FILED
CLERK, U.S. DISTRICT COURT

SEP 13 2000

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLAVIANO and JODEANNA GLAVIANO,<br><br>        Plaintiffs,<br><br>     vs.<br><br>ALLSTATE INSURANCE COMPANY; and DOES 1 through 30, inclusive,<br><br>        Defendants. | Docket No. CV-99-04484 RSWL (Ex)<br><br>**ORDER GRANTING SUMMARY JUDGMENT FOR ALLSTATE INSURANCE COMPANY AS TO THE CLAIMS OF JOSEPH AND JODEANNA GLAVIANO**<br><br>**DATE:**     **September 11, 2000**<br>**TIME:**     **9:00 a.m.**<br>**PLACE:**   **Courtroom 21**<br><br>**Trial Date:**  **November 28, 2000**<br><br>[Notice of Motion and Motion for Summary Judgment or, In the Alternative Summary Adjudication of Issues; Statement of Uncontroverted Facts and Conclusions of Law; Supporting Memorandum of Points and Authorities; Declarations of R. Timothy O'Connor, Walter McCurley and Stephen Quarles; and Appendix of Exhibits Filed Concurrently Herewith] |

```
ENTERED
CLERK, U.S. DISTRICT COURT

SEP 14 2000

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY
```

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

/ / /

/ / /

/ / /

SEP 14 2000

_/_ Docketed
_✓_ Copies / NTC Sent
_N_ JS - 5 / JS - 6
_____ JS - 2 / JS - 3
_____ CLSD

(51)

*MacGregor & Berthel*

1      The Motion of Defendant Allstate Insurance Company for Summary Judgment came on

2  regularly for hearing before this Court on September 11, 2000, and Gregory Michael MacGregor

3  of MacGregor & Berthel appeared as attorney for Defendant Allstate Insurance Company and

4  Philip Marchiondo of The Law Offices of Philip Marchiondo appeared as attorney for Plaintiffs

5  Joseph and Jodeanna Glaviano.

6      After considering the moving and opposition papers, arguments of counsel and all other

7  matters presented to the Court, **IT IS HEREBY ORDERED THAT,** the Motion is GRANTED.

8

9  DATED: **SEP 1 2 2000**        *RONALD S W LEW*

10                      **The Honorable Ronald S. W. Lew**
                                  **United States District Court Judge**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

3   STATE OF CALIFORNIA          )
                                 )          ss.
4   COUNTY OF LOS ANGELES        )

5

6          I, *Ed Fuchs*            , am employed in the County of Los Angeles,
State of California.  I am over the age of eighteen (18) and am not a party to the within action;
7   my business address is 21700 Oxnard Street, Suite 1590, Woodland Hills, California 91367-3669.

8          On **August 18, 2000**, I served the foregoing document described as **ORDER
GRANTING SUMMARY JUDGMENT FOR ALLSTATE INSURANCE COMPANY AS TO
9   THE CLAIMS OF JOSEPH AND JODEANNA GLAVIANO** on the interested parties in this
action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

10

11   **Philip Marchiondo, Esq.**
     *Law Offices of Philip Marchiondo*
12   429 Santa Monica Boulevard, Suite 5500
     Santa Monica, California 90401

13

14   **[ X ]   BY PERSONAL SERVICE**

15          I delivered such envelope by hand to the offices of the addressee(s) noted above.

16

17          Executed on August 18, 2000, at Woodland Hills, California.

     **[ X ]        FEDERAL**   I declare that I am employed in the office of a member of the bar of
18                              this Court at whose direction the service was made.

19

20                                      _____
                                                **Signature of Messenger**
21

22

23

24

25

26

27

28