1 Gregory Michael MacGregor (SBN: 61970)
  Deborah A. Berthel (SBN: 125911)
2 MACGREGOR & BERTHEL
  21700 Oxnard Street, Suite 1590
3 Woodland Hills, California 91367
  Telephone: (818) 710-3666
4

___ Priority
_X_ Send
___ Clsd
_X_ Enter
_X_ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U S. DISTRICT COURT
SEP 1 3 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

5 Attorneys for Defendant
  Allstate Insurance Company
6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOSEPH GLAVIANO and JODEANNA ) Docket No. CV-99-04484 RSWL (Ex)
GLAVIANO, )
                            )
              Plaintiffs,   ) **JUDGMENT**
                            )
      vs.                   )
                            )
ALLSTATE INSURANCE COMPANY; and )
DOES 1 through 30, inclusive, )
                            )
              Defendants.   )

ENTERED
CLERK, U.S. DISTRICT COURT
SEP 1 4 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

   This action came on for hearing on September 11, 2000, Honorable Ronald S. W. Lew, United States District Court Judge Presiding, on the motion of Defendant Allstate Insurance Company for Summary Judgment, or in the Alternative, Summary Adjudication of Issues. The Court having read the moving, opposing and reply papers on file herein, and having heard oral

/ / /

/ / /

/ / /

SEP 1 4 2000

___ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS-6
___ JS - 2 / JS - 3
___ CLSD

52

LODGED

COPY

MACGREGOR &
BERTHEL

argument from counsel, and the Court having granted said motion for summary judgment in all respects,

**NOW, THEREFORE, JUDGMENT IS ORDERED AS FOLLOWS:**

That Plaintiffs take nothing by way of their complaint;

That judgment be entered for defendant Allstate Insurance Company; and

That Allstate be awarded costs of suit in an amount to be determined by the Court.

DATED: **SEP 12 2000**

RONALD S W LEW

_____
The Honorable Ronald S. W. Lew
United States District Court Judge

MACGREGOR &
BERTHEL

- 2 -

1 <u>**PROOF OF SERVICE**</u>

2

3 STATE OF CALIFORNIA )
     ) ss.
4 COUNTY OF LOS ANGELES )

5

6    I, K. KALANI PATTERSON, am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 21700 Oxnard Street, Suite 1590, Woodland Hills, California 91367-3669.

7

8    On **September 11, 2000**, I served the foregoing document described as JUDGMENT on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

9

10 **Philip Marchiondo, Esq.**
**Law Offices of Philip Marchiondo**
11 429 Santa Monica Boulevard, Suite 5500
Santa Monica, California 90401

12

13 [ X ]   BY MAIL

14    I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Woodland Hills, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

15

16

17

    Executed on September 11, 2000, at Woodland Hills, California.

18

[ X ]        FEDERAL   I declare that I am employed in the office of a member of the bar
19                               of this Court at whose direction the service was made.

20

21                                              _____
                                                K. Kalani Patterson

22

23

24

25

26

27

28