LODGED

ORIGINAL

1  Gregory Michael MacGregor (SBN: 61970)
   Deborah A. Berthel (SBN: 125911)
2  *MacGREGOR & BERTHEL*
   21700 Oxnard Street, Suite 1590
3  Woodland Hills, California  91367
   Telephone: (818) 710-3666
4

5  Attorneys for Defendant
   Allstate Insurance Company
6

7

8              UNITED STATES DISTRICT COURT
9
              CENTRAL DISTRICT OF CALIFORNIA
10

11  JOSEPH GLAVIANO and JODEANNA          )   Docket No. CV-99-04484 RSWL (Ex)
    GLAVIANO,                             )
12                                        )
              Plaintiffs,                 )
13                                        )   STIPULATION OF DISMISSAL
                                          )   AND [PROPOSED] ORDER
         vs.                              )   THEREON
14                                        )
    ALLSTATE INSURANCE COMPANY; and       )
15  DOES 1 through 30, inclusive,         )
                                          )
16            Defendants.                 )
                                          )
17  _____)

18

19

20

21

22

23

24

25

26  / / /

27  / / /

28  / / /

*MacGregor &*
*Berthel*

FILED
CLERK, U.S. DISTRICT COURT

NOV 27 2002

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Priority  ✓
Send      ✓
Enter
Closed
JS-5/JS-6  ✓
JS-2/JS-3
Scan Only

ENTER ON ICMS

DEC 2 - 2002

1          IT IS HEREBY STIPULATED by and between the parties to this action through their

2   designated counsel that the above-captioned action be and hereby is dismissed with prejudice

3   pursuant to *Fed.R.Civ.Pro.* 41(a)(1).

4

5   DATED:   November 14, 2002,         MACGREGOR & BERTHEL

6

7                                       By_____
                                            R. Timothy O'Connor
8                                       Attorneys for Defendant
                                        Allstate Insurance Company
9

10

    DATED:   November 14, 2002          LAW OFFICES OF PHILIP MARCIANDO
11

12
                                        By_____
13                                          Philip Marciando, Esq.
                                        Attorneys for Plaintiffs
14                                      Joseph and Jodeanna Glaviano

15

16

17

18

19

20

21

22

23

24

25

26   / / /

27   / / /

28   / / /

1
2

# ORDER

3         It is hereby ordered that, pursuant to the stipulation of the parties and *Fed.R.Civ.Pro*

4    41(a)(1), this action is dismissed with prejudice.

5

6    Dated: ____11/27/____, 2002

7                                   The Honorable Ronald S. W. Lew
                               United States District Court Judge

8
9
10

11   Presented by:

12   **LAW OFFICES OF PHILIP MARCIANDO**

13
14   P··
    Philip Marciando, Esq.
15   Attorneys for Plaintiffs
    **Joseph and Jodeanna Glaviano**

16
17
18
19
20
21
22
23
24
25
26
27
28

*MACGREGOR &*
*BERTHEL*

- 3 -

1

## PROOF OF SERVICE

2

3    STATE OF CALIFORNIA          )
                                   )        ss.
4    COUNTY OF LOS ANGELES        )

5

6          I, K. KALANI PATTERSON, am employed in the County of Los Angeles, State
     of California.  I am over the age of eighteen (18) and am not a party to the within action; my
7    business address is 21700 Oxnard Street, Suite 1590, Woodland Hills, California 91367-3669.

8          On November 19, 2002, I served the foregoing document described as
     STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON on the interested
9    parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as
     follows:

10

     Philip Marciando, Esq.
11   Law Offices of Philip Marciando
     429 Santa Monica Boulevard, Suite 5500
12   Santa Monica, California 90401

13

     [ X ]  BY MAIL
14

           I caused such envelope with postage thereon fully prepaid to be placed in the U.S.
15   Mail at Woodland Hills, California.  I am "readily familiar" with the firm's practice of collection
     and processing correspondence for mailing.  Under that practice, it would be deposited with the
16   U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on
     motion of the party served, service is presumed invalid if postal cancellation date or postage meter
17   date is more than one day after date of deposit for mailing.

18         Executed on November 19 2002, at Woodland Hills, California.

19   [ X ]        FEDERAL    I declare that I am employed in the office of a member of the bar of
                             this Court at whose direction the service was made.
20

21                                         K. Kalani Patterson

22

23

24

25

26

27

28

*MacGregor &*
*Berthel*

- 4 -